**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENNETH FRANCO, an incapacitated individual, by his GUARDIANS AD LITEM, CECILIA GRIGLAK and PATRICK GRIGLAK and CECILIA GRIGLAK and PATRICK GRIGLAK, Individually,<br><br>           Plaintiff,<br><br>   -against-<br><br>FARLEIGH DICKINSON UNIVERSITY, ABE BOW (1-3 fictitiously named), JOHN VIN (1-3 of them - fictitiously named), DEF COMPANY(1-10 fictitiously named), UPSILON HEXATON CHAPTER OF PHI SIGMA KAPPA FRATERNITY, THE GRAND CHAPTER OF PHI SIGMA KAPPA, INC., ABC COMPANY (1-10 names being fictitious), XYZ COMPANY (1-10 names being fictitious), JOHN DOES (1-10 names being fictitious), JANE DOES (1-10 names being Fictitious); ROBERT ROES (1-10 names being fictitious), SALLY SOES (1-10 names being fictitious); JOE LOES (1-10 names being Fictitious); FRANK DADES; DOMINICK STELLACCIO; JASON MISENER; CRAIG FELMING; MATTHEW PIERONI; RACHEL LISTMAN; MANNY MOES (1-10 names being fictitious), GHI COMPANY (1-10 fictitiously named), JKL TAVERN AND/OR LIQUOR STORE (1-10 names being fictitious), TOMMY TOES (1-10 names being fictitious), MARY HOE (1-5 names being fictitious), JACK HOE (1-5 names being fictitious), UNITED RENTALS (NORTH AMERICA), | **Civil Action No.: 22-cv-6447**<br><br>**STIPULATION OF DISMISSAL AND CONSENT TO REMAND TO STATE COURT** |

INC., URN (1-5 names being fictitious), ROY VIN (owner of vehicle 1-3 names being fictitious), DAVE LIN (operator of vehicle 1-3 names being fictitious), LAN COMPANY (1-5 names being fictitious), and PETER LOE (1-3 names being fictitious), TILCON NEW YORK, INC., MATTHEW SMIGELSKI, SPENCER GOLDIN, JAMES FRISBY, MICHAEL DACOSTA, JOSEPH PISERCHIO,

Defendants.

Pursuant to Federal Rule of Civil Procedure 7, 15, and/or 41, Plaintiff Kenneth Franco ("Plaintiff"), Meridian Resource Company, LLC ("Meridian"), and Horizon Healthcare Services Inc. ("Horizon") stipulate and agree that the motion that Plaintiff filed on October 17, 2022 (before this case was removed), in the Superior Court of New Jersey, Bergen County, Case No. BER-L-5362-16 (the "Motion"),[1] is hereby withdrawn and dismissed with prejudice as against Meridian and Horizon, with each party bearing its own attorneys' fees and costs.

With the withdrawal and dismissal with prejudice of the Motion as against Meridian and Horizon, there is no longer any proceeding brought against (or otherwise involving) Meridian or Horizon, which are the entities that acted under a federal officer and that removed this case pursuant to the federal officer removal statute, 28 U.S.C. § 1442(a). Accordingly, Plaintiff, Meridian, and Horizon hereby stipulate to the remand of this case to the Superior Court of New

---

[1] The Motion – including a "Notice of Motion," "Proposed Order," "Certification" of Raymond S. Vivino, and a copy of the docket entry for the Motion – can be found at ECF No. 1-1 in this case.

Jersey, Bergen County. Meridian and Horizon further agree that each party shall bear its own attorneys' fees and costs associated with the removal and remand.

Dated: November 30, 2022
New York, New York

Respectfully submitted,

**STRADLEY RONON STEVENS & YOUNG**

By: /s/ Jenifer Scarcella

Andrew I. Hamelsky
Jenifer A. Scarcella
100 Park Ave., Suite 2000
212.404.0638
*Attorneys for*
*Meridian Resource Company, LLC and*
*Horizon Blue Cross Blue Shield of*
*New Jersey*

VIVINO & VIVINO, ESQS.

Attorneys for Plaintiffs

/s/ Raymond S. Vivino

By: _____
Raymond S. Vivino, Esq.

Dated. November 29, 2022

## **ORDER OF DISMISSAL AND REMAND**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 7, 15 and/or 41, IT IS ORDERED that this action be, and hereby is, dismissed as to all claims, counterclaims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this action be, and hereby is, remanded to the Superior Court of New Jersey, Law Division, Civil Part, Bergen County, with each party bearing its own attorneys' fees and costs.

**ORDERED:**

_____
Hon. Jessica S. Allen, U.S.M.J.